## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TRACY N. SANDERS                                                                        PLAINTIFF

v.                                              3:03CV00205 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                 DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

DATED this 16th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE